[No. 20032.   *En Banc.*   July 14, 1926.]

THE STATE OF WASHINGTON, *on the Relation of* W. A. RUPP, *Relator,*
v. A. H. B. JORDAN, *Respondent.*[1]

Information in quo warranto filed in the supreme court May 10, 1926, to try title to an appointive state office.   Writ denied.

*Wright, Froude, Allen & Hilen, Preston, Thorgrimson & Turner, Chadwick, McMicken, Ramsey & Rupp,* and *Peters & Powell,* for relator.

*The Attorney General, Hartman & Hartman, J. A. Coleman, Coleman & Fogarty,* and *Horan & Mulvihill,* for respondent.

PER CURIAM.—This case, in all essential particulars, is similar to that of *State ex rel. Davis v. Johns, ante* p. 525, 248 Pac. 423. The two cases were argued together.   For the reasons given in the opinion in the other case, the writ applied for in this one will be denied.

ASKREN, J. (dissenting)—I dissent for the reasons stated in the dissenting opinion in *State ex rel. Davis v. Johns, ante* p. 525, 248 Pac. 423.

BRIDGES and MAIN, JJ., concur with ASKREN, J.

[1]Reported in 248 Pac. 432.